UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____Vincent Woods_____

_____

_____
                    Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

_____erie county_____

_____

_____

_____

_____

_____
                    Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND

YES ✓    NO ____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC -5 2024   ★

LONG ISLAND OFFICE

RECEIVED
DEC - 5 2024
EDNY PRO SE OFFICE

I.  **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff ___Vincent Woods___

If you are incarcerated, provide the name of the facility and address:

__Altona Correctional facility, 555 Devils Den Rd__
__PO Box 3000 Altona NY 12910__

Prisoner ID Number: ___23B5403___

1

REC'D IN PRO SE OFFICE
DEC 5 '24 PM3:27

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

*erie County*
Full Name

*erie County*
Job Title

*Buffalo NY*
Address

Defendant No. 2

_____
Full Name

_____
Job Title

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

```
_____
Address
```

**Defendant No. 4**

```
_____
Full Name

_____
Job Title

_____
Address
```

**Defendant No. 5**

```
_____
Full Name

_____
Job Title

_____
Address
```

II.     **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? *erie county jail*

When did the events happen? (include approximate time and date) *October 23 2024 to October 31 2024*

3

Facts: (what happened?) I was charged with assault in the second degree. The district attorney failed to indict me within the six month period allowed by law. I was indicted ten days after the six month deadline. My lawyer filed a motion to dismiss due to not meeting the deadline. That motion was rejected by your honor. Sentence was illegally imposed violation of due process under the Constitution of this state

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I received pain and suffering, severe depression and lost of wages due to not being released even though district attorney failed to indict within the six month deadline

4

**III.   Relief:** State what relief you are seeking if you prevail on your complaint.

I am seeking one hundred thousand dollars also to have my sentence vacated due to a violation of civil and Constitutional rights

I declare under penalty of perjury that on __11/18/24__ (date), I delivered this complaint to prison authorities at __Altona Conectional__ (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __11/18/24__

__Vincent Woods__
Signature of Plaintiff

__Altona Conectional Facility__
Name of Prison Facility or Address if not incarcerated

__555 Devils Den Rd PO Box 3000__
__Altona NY 12910__
Address

__23B5403__
Prisoner ID#

rev. 12/1/2015

5



ALTONA CORRECTIONAL FACILITY
555 Devils Den Road, P.O. Box 3000
Altona, New York 12910

NAME: Vincent Woods      DIN: 23 B 5405

Attention Pro Se office
Eastern district of New York
100 Federal Plaza, Central Islip NY 11722

NEOPOST
ALTONA

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Vincent Woods      DIN: 23 B 5403


Printed On Recycled Paper